# Judiciary Branch Personnel
# Financial Disclosure Report (AO Form 10)

## Filer's Information

**Fitzsimmons, Holly B**

Report Year: 2019

Electronic Signature - I certify that all information provided (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief.

I further certify that earned income and honoraria and acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**/s/ Fitzsimmons, Holly B [electronically signed on 08/11/2020 by Fitzsimmons, Holly B in JEFS]**

# I. Positions

| # | ORGANIZATION NAME | | ORGANIZATION TYPE | POSITION HELD |
|---|---|---|---|---|
| 1 | Probate Estates (2) | See Note | Probate Estates | Executor |

# II. Agreements

None

# III A. Filer's Non-Investment Income

None

# III B. Spouse's Non-Investment Income

None

# IV. Reimbursements

None

# V. Gifts

None

# VI. Liabilities

None

---

## VII. Investments and Trusts

| # | DESCRIPTION | | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Brokerage acct (H) | | | | | | | | |
| 1.1 | --ATT common stock | | $2,501 - $5,000 | Dividend | None | Cash Market | | | |
| 1.1.1 | --ATT common stock | | | | | | Donated | | |
| 1.2 | --Ameriprise Insured Money Market fund (AIMMA) | | $1,000 or less | Interest | None | Cash Market | | | |
| 1.2.1 | --Ameriprise Insured Money Market fund (AIMMA) | See Note | | | | | Closed | 06/14/2019 | $100,001 - $250,000 |
| 1.3 | Ameriprise Cash/sweep account | See Note | $1,000 or less | Interest | None | Cash Market | | | |
| 1.3.1 | Cash | | | | | | Closed | 06/20/2019 | $50,001 - $100,000 |
| 2 | Roth #1 Co. (H) | | | | | | | | |
| 2.1 | ---DIS common stock | | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.2 | --XLP SPDR ETF | | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.3 | ---XLU SPDR ETF | | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.4 | ---XLV SPDR ETF | | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.5 | --GNTX common stock | | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.6 | --GILD common stock | | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |

| # | DESCRIPTION | | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|---|
| 2.7 | --OAK/BAM | See Note | $5,001 - $15,000 | Dividend | $15,000 or less | Cash Market | | | |
| 2.8 | --OKE common stock | | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.9 | --PAG common stock | | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| 2.10 | ENB | | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.11 | FUN | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.12 | IRM | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.13 | SKT | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 3 | Roth # 2   (H) | | | | | | | | |
| 3.1 | -AAPL | | $1,000 or less | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 3.2 | --TSLA | | None | None | None | Cash Market | | | |
| 3.2.1 | --TSLA | | | | | | Sold | 09/13/2019 | $15,000 or less |
| 3.3 | OAK/BAM | See Note | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 3.4 | ADNT | | None | None | $15,000 or less | Cash Market | | | |
| 3.5 | Google Inc. - Class A Common Stock | | None | None | $15,000 or less | Cash Market | | | |
| 3.6 | SAM | | None | None | $15,000 or less | Cash Market | | | |
| 3.7 | ENB | | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 3.8 | DOC | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |

| # | DESCRIPTION | | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|---|
| 3.8.1 | DOC | | | | | | Purchased | 09/13/2019 | $15,000 or less |
| 4 | IRA #3   (H) | | | | | | | | |
| 4.1 | NGG | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 4.2 | ROIC | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 5 | IRA #4   (H) | | | | | | | | |
| 5.1 | --GOOG | | None | None | $15,001 - $50,000 | Cash Market | | | |
| 5.2 | --BRK-B | | | None | $15,001 - $50,000 | Cash Market | | | |
| 5.3 | --BABY | | | None | $1 - $15,000 | Cash Market | | | |
| 5.4 | --ENSG | | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| 5.5 | --EGOV | | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| 5.6 | --SHOP | | None | None | $50,001 - $100,000 | Cash Market | | | |
| 5.7 | --ILMN | | | None | $1 - $15,000 | Cash Market | | | |
| 5.8 | BPY | | $1,000 or less | Distribution, Dividend | $15,000 or less | Cash Market | | | |
| 5.9 | ROKU | | None | None | $15,000 or less | Cash Market | | | |
| 5.9.1 | ROKU | | | | | | Purchased | 09/19/2019 | $15,000 or less |
| 5.10 | Pennant Group (PNTG) | See Note | None | None | $15,000 or less | Cash Market | | | |
| 6 | TD Bank cash/sweep accounts | | $2,501 - $5,000 | Interest | $500,001 - $1,000,000 | Cash Market | | | |
| 7 | Sikorsky FCU | | $1,000 or less | Interest | $15,000 or less | Cash Market | | | |

| # | DESCRIPTION | | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|---|
| 8 | 3 rental units, <span style="background:gray">   </span> Connecticut | | $5,001 - $15,000 | Rent | $100,001 - $250,000 | Estimated | | | |
| 9 | IRA #5 | See Note | | | | | | | |
| 9.1 | TD Bank Sweep account | | $1,001 - $2,500 | Interest | $500,001 - $1,000,000 | Cash Market | | | |
| 10 | Newtown Savings Bank cash accounts | See Note | $1,000 or less | Interest | $15,000 or less | Cash Market | | | |
| 11 | TD Bank cash account | | $1,000 or less | Interest | $15,000 or less | Cash Market | | | |

## Additional Information or Explanation

| PART | # | NOTE |
|---|---|---|
| I. | 1 | The only remaining assets of these estates are US savings bonds, none of which individually is reportable. |
| VII. | 1.2.1 | Transferred brokerage account to another broker. |
| VII. | 1.3 | Cash transferred from Ameriprise to a different broker as part of transfer of all Ameriprise accounts. See Note under TD Bank. |
| VII. | 2.7 | OAK merged with BAM on 9/30/2019. For my tender of 210 shares of OAK, I received 129 shares of BAM. |
| VII. | 3.3 | OAK merged with BAM 9/30/2019.  For 250 shares of OAK tendered, received 154 shares BAM. |
| VII. | 5.10 | This stock was a spinoff of ENSG on 10/1/2019 and received based on ownership of ENSG. |

| PART | # | | NOTE |
|------|---|---|------|
| VII. | 9 | | Traditional IRA Opened 11/12/2019 with rolled over cash. Included in TD Bank cash/sweep accounts listed above. No other assets in 2019. |
| VII. | 10 | | Previously not reportable because no single account reached the threshold balance for reporting. |